UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MIMI SANCHEZ,

    Plaintiff,

    v.

ABN AMRO MORTGAGE GROUP, INC.,

    Defendant.

Case No. C06-318RSL

ORDER TO SHOW CAUSE

      This matter comes before the Court *sua sponte*. On July 3, 2006, defendant filed a motion for judgment on the pleadings that, taken as a whole, exceeds 50 pages in length. (Dkt. #11). As of this date, a courtesy copy of these documents has not been provided for chambers.

      Defendant is hereby ORDERED to show cause why it should not be sanctioned for failure to comply with this Court's Minute Order Setting Trial & Related Dates requiring courtesy copies of lengthy filings for chambers. Defendant shall immediately deliver a paper copy of the motion and all supporting documents, with tabs or other organizing aids as necessary and clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers," to the Clerk's Office.

ORDER TO SHOW CAUSE - 1

1  Defendant shall respond to this order to show cause no later than five days from the date of this
2  Order.

3

4         DATED this 6th day of July, 2006.

5

6                                              s/ Ricardo S. Martinez for
                                               Robert S. Lasnik
7                                              United States District Judge

28  ORDER TO SHOW CAUSE - 2