UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MIMI SANCHEZ,

    Plaintiff,

    v.

ABN AMRO MORTGAGE GROUP, INC.,

    Defendant.

Case No. C06-318RSL

ORDER VACATING ORDER TO SHOW CAUSE

    This matter comes before the Court *sua sponte*. On November 3, 2006, defendant filed a motion for summary judgment that, taken as a whole, exceeded 50 pages in length. On November 17, 2006, the Court issued an order to show cause why defendant should not be sanctioned for failing to comply with the Court's prior order. The order to show cause (Dkt. #34) is now vacated in light of the receipt of the courtesy copy and defendant's response to the order.

    DATED this 21st day of November, 2006.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER VACATING ORDER
TO SHOW CAUSE